JAMES BROWN, Respondent, *v.* THE HARTFORD FIRE INSURANCE COMPANY, Appellant.

(Argued January 26, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order

made April 30, 1889, which affirmed a judgment in favor of plaintiff and affirmed an order denying a motion for a new trial.

*A. H. Sawyer* for appellant.

*D. F. Searle* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.